IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Monte McIlwain, | ) | C/A No.: 0:14-815-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Jonathan C. Whiteside; Angela Wells; and S.W. Thompson, | ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, an inmate at Turbeville Correctional Institution ("TCI"), proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 alleging excessive force and state law negligence claims. On March 13, 2014, the court ordered Plaintiff to provide complete service documents necessary to bring the case into proper form for evaluation. Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff failed to respond to the order. On April 22, 2014, the court provided Plaintiff a second opportunity to complete service documents necessary to bring the case into proper form. The time for response has expired and Plaintiff has not responded. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court.  Therefore, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

May 27, 2014                                            Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge